United States Bankruptcy Court
Northern District of Ohio
Eastern Division at Canton

In re:     *     Case No. 10-63501
    *
Grace E LeMay     *     Chapter 7
    *
Debtor     *     Judge Russ Kendig

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO RECONSIDER

Debtor, through her undersigned counsel, respectfully requests that the Court reconsider the Order Dismissing Case filed this date by this Court.

The basis for this motion is that through an oversight, debtor's counsel did not file the request for hearing in response to the order to show cause, this being the first case in which a client, subject to such an order to show cause, desired to present an explanation as to why she did not attend her meeting of creditors. Debtor's counsel states that debtor has a good faith explanation for not attending her meeting of creditors and that she should not be denied a discharge of her debts, which she desperately needs.

WHEREFORE, Debtor(s) move(s) that the Order for Dismissal be vacated.

                                                Respectfully submitted,
                                                /s/ John R. Bates
                                                John R. Bates #0060151
                                                Attorney for Debtor
                                                436 Fair Ave NW
                                                New Philadelphia, OH 44663-1904
                                                Telephone: 330-339-0000
                                                Fax: 1-866-379-1162

NOTICE OF HEARING ON MOTION TO RECONSIDER AND LAST DATE TO FILE OBJECTION

The Debtor(s) herein are filing a Motion to Reconsider with the court and hereby give notice that:

A hearing on the Motion will be held on the 3rd day of January 2011 at 3:00 p.m. in the Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Ave, S.W., Canton, Ohio 44702.

Any objection to said Motion shall be in writing and must be filed with the Court, Counsel for the Debtor(s), and the Chapter 13 Trustee no later than five (5) working days prior to said hearing, being January 3, 2011.

/s/ John R. Bates
John R. Bates #0060151
Attorney for Debtor(s)
436 Fair Ave NW
New Philadelphia OH 44663-1904
Phone: 330-339-0000
Fax: 1-866-379-1162

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice was electronically transmitted on or about December 6, 2010 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

**CHAPTER 7 TRUSTEE: LISA BARBACCI**
**UNITED STATES TRUSTEE OFFICE**

I further certify that the following received notice by regular U.S. Mail at the specified address on the date first set forth above:

**Grace E LeMay, PO Box 404, Mineral City, OH 44656**

/s/ John R. Bates
John R. Bates #0060151
Attorney for debtor