The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.





Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GRACE ELAINE MAY, | ) | CASE NO. 10-63501 |
| | ) | |
| Debtor. | ) | JUDGE RUSS KENDIG |
| | ) | |
| | ) | **ORDER DISMISSING CASE** |

This matter is before the court on a Notice of Deficiency and Order to Show Cause (hereafter "show cause order") issued on November 12, 2010. According to the notice of deficiency, Debtor failed to appear for the 341 meeting of creditors. The show cause order required Debtor to either satisfy the deficiency or request a hearing in order to avoid dismissal. Debtor did neither.

In light of the above, Debtor's case is hereby **DISMISSED.**

It is so ordered.

# # #

**Service List**:

Grace Elaine LeMay
PO Box 404
Mineral City, OH 44656

John R Bates
436 Fair Avenue NW
New Philadelphia, OH 44663-1904

Lisa M. Barbacci
P.O. Box 1299
Medina, OH 44258-1299

# CERTIFICATE OF NOTICE

```
District/off: 0647-6          User: lbald              Page 1 of 1              Date Rcvd: Dec 06, 2010
Case: 10-63501                Form ID: pdf727          Total Noticed: 1
```

The following entities were noticed by first class mail on Dec 08, 2010.
db         +Grace Elaine LeMay,    PO Box 404,   Mineral City, OH 44656-0404

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 08, 2010**                                  Signature:     *Joseph Speetjens*